**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as assignee and/or subrogee of MidCoast Community Bancorp, Inc., | :      C.A. No.: _____ |
|                  Plaintiff, | : |
| v. | : |
| RICHARD E. DEVINCENTIS | : |
|                  Defendant. | : |

<u>**NOTICE OF CONFESSION OF JUDGMENT**</u>

TO:    Clerk of the Court
        United States District Court
        J. Caleb Boggs Federal Building
        844 North King Street, Unit 18
        Wilmington, DE 19801-3570

PLEASE COMMENCE proceedings pursuant to D. Del. LR 58.1.1 to confess judgment on behalf of Plaintiff Federal Insurance Company, as assignee and/or subrogee of MidCoast Community Bancorp, Inc., against Richard E. DeVincentis, with an address at 702 Kirkwood Highway, Wilmington, DE 19805, for the principal amount of $699,708.33, accrued interest from August 15, 2013, to and including December 31, 2015, in the amount of $118,440.39,[1] plus $11,751.00 in attorneys' fees and costs.[2]

The Court has subject matter jurisdiction pursuant to 28 U.S.C.§ 1332(a), as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the parties are citizens of different states.

---

[1] Plaintiff claims interest at the rate of 7% per annum applicable after Default.

[2] Plaintiff claims its attorneys' fees and costs incurred up to and including December 31, 2015, and reserves the right to claim attorneys' fees and costs incurred after this date.

Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because the events or omissions giving rise to the claim occurred in this District and because Defendant, Richard E. DeVincentis, is a resident of the State of Delaware.

Dated: January 15, 2016

Respectfully submitted,

By: _____
Julie Murphy (No. 5856)
Stradley Ronon Stevens & Young, LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-3805
JMMurphy@stradley.com

Counsel for Plaintiff

2