IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, as assignee and/or subrogee of MidCoast Community Bancorp, Inc., | : : : : | C.A. No.: _____ |
| Plaintiff, | : : : | |
| v. | : : | |
| RICHARD E. DEVINCENTIS, | : : | |
| Defendant. | : : | |

**AFFIDAVIT**

| | | |
|---|---|---|
| STATE OF NEW JERSEY | ) | |
| | ) ss.: | |
| COUNTY OF MERCER | ) | |

DOROTHY DESCALA, being duly sworn deposes and says:

1.    I am employed as a Senior Fidelity Recovery Examiner for Federal Insurance Company ("Federal"), the plaintiff herein, and I am the individual in charge of the recovery litigation in this matter. I submit this affidavit in support of Federal's confession of judgment against the defendant, Richard E. DeVincentis. This affidavit is based on my personal knowledge and the documents and records that were submitted by MidCoast Community Bancorp, Inc. ("MidCoast"), the insured under a financial institution bond issued by Federal.

2.    Federal received a claim by MidCoast on or about December 4, 2013, for a loss in the amount of $699,708.33, as a result of a defaulted loan #2000001573 (referred to hereinafter as the "Loan") that was fraudulently made by an employee and officer of MidCoast to Little Creek Properties, LLC. (The original Guaranty is attached hereto as **Exhibit A**; a copy of the underlying Promissory Note is attached hereto as **Exhibit B**; a copy of the change in Terms of Agreement

changing the payment due date from the 28th to the 15th day of the month beginning April 15, 2012 payment, and changing the maturity date from October 28, 2015 to November 15, 2015, is attached hereto as **Exhibit C**; and a copy of the payment history on the Loan is attached hereto as **Exhibit D**.

3.   Pursuant to the financial institution bond then in full force and effect, Federal was compelled to and did pay to MidCoast $650,988.09 (the amount of its loan loss after deductions for interest and fees totaling $98,720.24 that were not covered under the bond, covered investigation expenses in the amount of $100,000.00, and application of the bond's $50,000 deductible). In exchange for its payment under the bond, Federal received an assignment and was appointed as MidCoast's attorneys-in-fact to sue, collect, receipt for, compromise and settle in the name of Federal or MidCoast against anyone deemed responsible for or who contributed to the loss. (A true and accurate copy of the Assignment is attached hereto as **Exhibit E**.) In addition, having indemnified MidCoast for its loss, Federal thereby was subrogated to all of MidCoast's rights relating to the Loan, and to all the money and property that may be recovered against any person for the loss, to the extent of its payment.

DOROTHY DESCALA

Sworn to on this
6 day of Jan , 2016

Notary Public



2