SCANNED SCANNED

# NGE IN TERMS AGREEME

1573

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $699,708.33 | 10-28-2010 | 11-15-2015 | 20-~~15736~~ CH-1 | 0013 | | BDB | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** Little Creek Properties LLC
PO Box 2663
Wilmington, DE 19805

**Lender:** MidCoast Community Bank
974 Justison Street
P.O. Box 6085
Wilmington, DE 19804

**Principal Amount: $699,708.33** **Date of Agreement: March 20, 2012**

**DESCRIPTION OF EXISTING INDEBTEDNESS.** A loan in the original principal amount of $700,000.00, as evidenced by a Promissory Note dated October 28, 2010, with a current principal balance of $699,708.33, effective March 20, 2012.

**DESCRIPTION OF COLLATERAL.** Collateral, if any, as provided in the loan documents.

**DESCRIPTION OF CHANGE IN TERMS.** The payment due date shall be changed from the 28th to the 15th day of the month beginning with the April 15, 2012 payment. This will change the maturity date from October 28, 2015 to November 15, 2015. All other terms and conditions remain unchanged.

**CONTINUING VALIDITY.** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement. If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

**THIS AGREEMENT IS DELIVERED UNDER SEAL AND IT IS INTENDED THAT THIS AGREEMENT IS AND SHALL CONSTITUTE AND HAVE THE EFFECT OF A SEALED INSTRUMENT ACCORDING TO LAW.**

**PRIOR TO SIGNING THIS AGREEMENT, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS AGREEMENT. BORROWER AGREES TO THE TERMS OF THE AGREEMENT.**

**CHANGE IN TERMS SIGNERS:**

**LITTLE CREEK PROPERTIES LLC**

By: ______________________ (Seal)
Richard E. DeVincentis, Member of Little Creek Properties LLC

X ______________________ (Seal)
Richard E. DeVincentis, Guarantor

Signed, acknowledged and delivered in the presence of:

X ______________________
Witness

X ______________________
Witness

LASER PRO Lending, Ver. 5.60.00.005 Copr. Harland Financial Solutions, Inc. 1997, 2012. All Rights Reserved. - DE Z:\CFI\LPL\D20C.FC TR-1529 PR-6