| Commercial R/E LOC (13) 2000001573 | MIDCOAST COMMUNITY BANK | 1/11/2016 10:21:29 AM |
|---|---|---|
| Printed by: Karen Kurtz | | Reporting Institution: 63 |

## Note 2000001573 - Little Creek Properties LLC

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| ⊞ Little Creek Properties LLC | Owner/Signer | | ********** | EIN **-******* |

P.O. Box 2663
Wilmington DE 19805

Additional Relationships
Tax Name: Little Creek Properties LLC
See Mailing Information

### Mailing Label

Little Creek Properties LLC
P.O. Box 2663
Wilmington DE 19805

### Loan To Date

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| Oct 28, 2010 | Original Rate | Interest Rate: | 5.000000 | | |
| Oct 28, 2010 | Principal Advance (Client-Defined) | $700,000.00 | $700,000.00 | | $700,000.00 |
| Dec 13, 2010 | Automatic Late Charge | $92.36 | | | $700,000.00 |
| Dec 16, 2010 | Payment - Extra To Principal | $1,847.22 | $0.00 | $1,847.22 | $700,000.00 |
| Jan 04, 2011 | Payment - Extra To Principal | $2,722.22 | $0.00 | $2,722.22 | $700,000.00 |
| Jan 06, 2011 | Late Charge Waive (Manual) | $92.36 | | | $700,000.00 |
| Feb 10, 2011 | Payment - Extra To Principal | $3,013.88 | $0.00 | $3,013.88 | $700,000.00 |
| Mar 11, 2011 | Payment - Extra To Principal | $3,111.11 | $0.00 | $3,111.11 | $700,000.00 |
| Apr 11, 2011 | Payment - Extra To Principal | $2,722.21 | $0.00 | $2,722.21 | $700,000.00 |
| May 12, 2011 | Payment - Extra To Principal | $2,916.66 | $0.00 | $2,916.66 | $700,000.00 |
| Jun 13, 2011 | Payment - Extra To Principal | $2,916.66 | $0.00 | $2,916.66 | $700,000.00 |
| Jul 08, 2011 | Payment - Extra To Principal | $3,013.89 | $0.00 | $3,013.89 | $700,000.00 |
| Aug 10, 2011 | Payment - Extra To Principal | $2,916.66 | $0.00 | $2,916.66 | $700,000.00 |
| Sep 12, 2011 | Payment - Extra To Principal | $3,305.55 | $0.00 | $3,305.55 | $700,000.00 |
| Oct 13, 2011 | Payment - Extra To Principal | $2,722.22 | $0.00 | $2,722.22 | $700,000.00 |
| Nov 14, 2011 | Payment - Extra To Principal | $2,916.66 | $0.00 | $2,916.66 | $700,000.00 |
| Dec 12, 2011 | Payment - Extra To Principal | $3,111.11 | $0.00 | $3,111.11 | $700,000.00 |
| Jan 11, 2012 | Payment - Extra To Principal | $3,111.11 | $291.67 | $2,819.44 | $699,708.33 |
| Feb 13, 2012 | Payment - Extra To Principal | $3,013.76 | $0.00 | $3,013.76 | $699,708.33 |
| Mar 14, 2012 | Payment - Extra To Principal | $3,013.76 | $0.00 | $3,013.76 | $699,708.33 |
| Apr 11, 2012 | Regular Payment | $0.00 | $0.00 | $0.00 | $699,708.33 |
| Apr 20, 2012 | Payment - Extra To Principal | $3,013.76 | $0.00 | $3,013.76 | $699,708.33 |
| Apr 30, 2012 | Automatic Late Charge | $145.65 | | | $699,708.33 |
| May 10, 2012 | Interest Payment | $1,553.78 | | $1,553.78 | $699,708.33 |
| May 25, 2012 | Payment - Extra To Principal | $2,915.45 | $0.00 | $2,915.45 | $699,708.33 |
| Jun 26, 2012 | Payment - Extra To Principal | $3,157.14 | $0.00 | $3,011.49 | $699,708.33 |
| | Late Charge: | $145.65 | | | |
| Jul 24, 2012 | Payment - Extra To Principal | $3,109.81 | $0.00 | $3,109.81 | $699,708.33 |

Commercial R/E LOC (13) 2000001573	MIDCOAST COMMUNITY BANK	1/11/2016 10:21:29 AM
Printed by: Karen Kurtz	Reporting Institution: 63

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| Aug 21, 2012 | Payment - Extra To Principal | $2,818.26 | $0.00 | $2,818.26 | $699,708.33 |
| Sep 24, 2012 | Payment - Extra To Principal | $3,012.62 | $0.00 | $3,012.62 | $699,708.33 |
| Oct 25, 2012 | Payment - Extra To Principal | $3,012.63 | $0.00 | $3,012.63 | $699,708.33 |
| Nov 27, 2012 | Payment - Extra To Principal | $2,915.45 | $0.00 | $2,915.45 | $699,708.33 |
| Dec 27, 2012 | Payment - Extra To Principal | $2,915.44 | $0.00 | $2,915.44 | $699,708.33 |
| Jan 24, 2013 | Payment - Extra To Principal | $3,012.63 | $0.00 | $3,012.63 | $699,708.33 |
| Feb 22, 2013 | Payment - Extra To Principal | $3,012.63 | $0.00 | $3,012.63 | $699,708.33 |
| Mar 26, 2013 | Payment - Extra To Principal | $2,721.08 | $0.00 | $2,721.08 | $699,708.33 |
| Apr 30, 2013 | Automatic Late Charge | $155.49 | | | $699,708.33 |
| May 03, 2013 | Payment - Extra To Principal | $3,109.81 | $0.00 | $3,109.81 | $699,708.33 |
| May 30, 2013 | Automatic Late Charge | $140.91 | | | $699,708.33 |
| Jun 05, 2013 | Payment - Extra To Principal | $2,818.26 | $0.00 | $2,818.26 | $699,708.33 |
| Jul 01, 2013 | Automatic Late Charge | $150.63 | | | $699,708.33 |
| Jul 09, 2013 | Payment - Extra To Principal | $3,012.63 | $0.00 | $3,012.63 | $699,708.33 |
| Jul 30, 2013 | Automatic Late Charge | $150.63 | | | $699,708.33 |
| Aug 30, 2013 | Automatic Late Charge | $145.77 | | | $699,708.33 |
| Sep 03, 2013 | Payment - Extra To Principal | $3,012.63 | $0.00 | $3,012.63 | $699,708.33 |
| Sep 25, 2013 | Charge off | $699,708.33 | | | $699,708.33 |
| Sep 30, 2013 | Reinstated Principal | $2,915.44 | | | $699,708.33 |
| Sep 30, 2013 | Payment - Extra To Principal | $2,915.44 | $0.00 | $2,915.44 | $699,708.33 |
| Dec 04, 2014 | charge off active amt due to 9/30/13 int pmt | $2,915.44 | | | $699,708.33 |
| May 21, 2015 | Reinstated Principal | $699,708.33 | | | $699,708.33 |
| May 21, 2015 | Interest Waived (Manual) | $63,945.56 | | $63,945.56 | $699,708.33 |
| May 21, 2015 | Late Charge Waive (Manual) | $743.43 | | | $699,708.33 |
| May 21, 2015 | PAYOFF | $699,708.33 | $699,708.33 | $0.00 | $0.00 |