## ASSIGNMENT

WHEREAS, Midcoast Community Bancorp, Inc. (hereinafter called "ASSURED") is the named assured under Financial Institution Forefront Security By Chubb Community Bank Bond 8204-7659 with a Bond Term of April 1, 2013 to April 1, 2014 ("the Bond") issued by FEDERAL INSURANCE COMPANY ("FEDERAL"); and

WHEREAS, the Bond indemnifies the ASSURED among other things for direct losses sustained as a result of Employee Dishonesty, subject to a $1,000,000 limit of liability and a $50,000 deductible; and

WHEREAS, ASSURED has submitted information which verifies a covered loss in the amount of $700,988.09 ($600,988.09 in loss plus investigative costs capped at $100,000), due to Employee Dishonesty, as more fully stated in its Proof of Loss; and

NOW, THEREFORE, in consideration of a payment of $650,988.09, following the application of the $50,000 deductible, receipt of which is hereby acknowledged, ASSURED does hereby assign and transfer all of its rights against anybody that is deemed responsible for the loss or has contributed to said loss sustained, to FEDERAL and does hereby appoint FEDERAL as its attorneys-in-fact to sue, collect, receipt for, compromise and settle in the name of ASSURED or FEDERAL at the sole expense and discretion of FEDERAL. ASSURED agrees to cooperate, to execute any necessary documents and to appear or cause its employees or agents to appear at any proceeding necessary to preserve the rights hereby assigned.

IN WITNESS WHEREOF, has caused this Assignment to be executed this day.

By: _____

Title _____ CEO _____

Date _____ 7/3/14 _____