## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FEDERAL INSURANCE COMPANY, as     :     C.A. No.: _____
assignee and/or subrogee of MidCoast Community  :
Bancorp, Inc.,                                    :

                     Plaintiff,           :

          v.                             :

RICHARD E. DEVINCENTIS,          :

                   Defendant.        :

### NOTICE LETTER OF ENTRY OF JUDGMENT

TO:    Richard E. DeVincentis
       702 Kirkwood Highway
       Wilmington, DE 19805

1.    Federal Insurance Company ("Federal"), as assignee and/or subrogee of MidCoast Community Bancorp, Inc. ("MidCoast"), intends to obtain a court judgment against Richard E. DeVincentis ("Debtor") in the U.S. District Court for the District of Delaware based on the enclosed Schedule of Existing Events of Default and the documents attached to the enclosed Affidavit, for the total amount of:

| | |
|---|---|
| Principal | $699,708.33 |
| Accrued Interest as of 8/15/2013 to and including 12/31/2015[1] | $118,440.39 |
| Attorneys' Fees and Costs to and including 12/31/2015[2] | $ 11,751.00 |
| | $829,899.72 |

2.    Plaintiff Federal alleges the Debtor has waived his right to notice and hearing prior to the entry of judgment.

---

[1] Plaintiff claims interest at the rate of 7% per annum applicable after Default.

[2] Plaintiff claims its attorneys' fees and costs incurred up to and including December 31, 2015, and reserves the right to claim attorneys' fees and costs incurred after this date.

3.  The entry of such judgment will result in a lien against all of the Debtor's real estate and the means in default payment, whereby the Marshall can levy against and ultimately sell at public auction Debtor's personal property and real estate for credit against the debt.

4.  In default of payment in appropriate cases, the Marshall may seize some portion of Debtor's wages for credit against the debt.

5.  Debtor may file with the Court, Clerk of the Court, J. Caleb Boggs Federal Building, 844 North King Street, Unit 18, Wilmington, DE 19801-3570, an objection to the entry of judgment by a date 2 weeks following the date on which the notice letter for the entry of judgment was mailed. When the objection is filed, a hearing will be scheduled by the Court. At the hearing, Plaintiff Federal will be required to prove that the debtor has effectively waived any rights to notice and a hearing prior to the entry of judgment.

6.  No objection is required but, if no objection is made, judgment will be entered by default.

7.  If you have any questions about this matter, you should consult a lawyer immediately.

Dated: January 15, 2016

Respectfully submitted,

By: _____
Julie Murphy (No. 5856)
Stradley Ronon Stevens & Young, LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-3805

Counsel for Plaintiff

2