**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FEDERAL INSURANCE COMPANY, as      :
assignee and/or subrogee of MidCoast Community   :
Bancorp, Inc.,                                   :

                 Plaintiff,         :

        v.                               :

RICHARD E. DEVINCENTIS         :

                 Defendant.      :

C.A. No.: 1:16-cv-00014-GMS

**AFFIDAVIT OF MAILING**

STATE OF NEW JERSEY    :

                               :      SS

COUNTY OF CAMDEN     :

I, Julie M. Murphy, Esq., of full age, being duly sworn according to oath, deposes and says:

     1.      I am an attorney associated with the law firm of Stradley Ronon Stevens & Young, LLP.

     2.      On January 15, 2016, I caused a true and correct copy of the Notice of Confession of Judgment, together with the Schedule of Existing Events of Default, Affidavit of Dorothy Descala in Support of Confession of Judgment and the Notice Letter of Entry of Judgment, to be mailed to the defendant, Richard E. DeVincentis, at 702 Kirkwood Highway, Wilmington, Delaware 19805, via certified mail, return receipt requested.

By: _____
Julie M. Murphy (5856)
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel.: 302.295.3805
Counsel for Plaintiff

Sworn and subscribed before
me this ____th day of January, 2016

_____
NOTARY PUBLIC

JENNY C VAN PELT
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 25, 2020