165365 -0027    1444

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Deane_      ☐ Agent
              ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
_Richard D._                          1/25/16

1. Article Addressed to:

Richard E. DeVincentis
702 Kirkwood Hwy.
Wilmington, DE 19805

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*

7014 0150 0001 0951 8389

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

Julie M. Murphy, Esquire
Stradley Ronon Stevens & Young
457 Haddonfield Road, Ste. 100
Cherry Hill, NJ  08002