

**Stradley Ronon Stevens & Young, LLP**
1000 N. West Street, Suite 1278
Wilmington, DE 19801-1697
Telephone 302.295.3805
Fax 302.295.4801
www.stradley.com

Julie M. Murphy

jmmurphy@stradley.com

February 3, 2016

**VIA OVERNIGHT MAIL**
The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Unit 19
Wilmington, DE  19801

> Re:    **Federal Insurance Company, as assignee and subrogee of MidCoast
> Community Bankcorp, Inc. v. Devincentis, CA No. 1:16-cv-00014 (GMS)**

Dear Judge Sleet:

In connection with the above-referenced case, this letter shall serve as a status report.  As set forth in the Affidavit of Mailing (D.I. 5), on January 15, 2016, counsel for the Plaintiff in the above-referenced case caused to be mailed, via certified mail, return receipt requested, the Notice of Confession of Judgment, together with all supporting documentation and a copy of the authorizing instrument.  As evidenced by the return receipt filed with this Court on January 29, 2016, the Notice was delivered to, and signed for by, the Defendant on January 25, 2016 (D.I. 6).

Pursuant to Local Rule 58.1.1, objections to the Notice of Confession of Judgment are due within two weeks of the date of mailing of the Notice.  The objection deadline, as reflected on the docket, was February 1, 2016.  As of the date of this writing, no objections have been filed on the docket and the undersigned has not been served with any objections.

Wherefore, Plaintiff respectfully requests that the Court, pursuant to Local Rule 58.1.1(g) enter final judgment against the Defendant.

Respectfully,

Julie M. Murphy (Id. No. 5856)

# 2728658 v. 1