## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as    : <br> assignee and/or subrogee of MidCoast Community  : <br> Bancorp, Inc.,    : <br>     : <br>     Plaintiff,    : <br>     : <br>     v.      : <br>     : <br> RICHARD E. DEVINCENTIS    : <br>     : <br>     Defendant.    : | C.A. No.: 1:16-cv-00014 (GMS) |

### JUDGMENT

AND NOW, this __9th__ day of February, 2016, and upon the filing of Notice of

Confession of Judgment, and with no objection timely filed, and pursuant to D. Del. LR 58.1.1,

JUDGMENT IS HEREBY ENTERED against Defendant, RICHARD E. DEVINCENTIS and in

favor of FEDERAL INSURANCE COMPANY, as assignee and/or subrogee of MidCoast

Community Bancorp, Inc., in the amount of $ 838,828.90, as follows:

| | |
|---|---|
| Principal: | $699,708.33 |
| Accrued interest (through 2/9/16): | $126,220.17 |
| Attorneys' fees and costs: | $ 12,900.40 |

And together with interest at the judgment rate from and after the date hereof and additional

attorneys' fees and costs of suit.

BY THE COURT

GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE